UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| IN THE MATTER OF<br><br>CAROLYN WENDY HERZ | )<br>)<br>)  Case No. 1:24-mc-00033-TWP<br>)<br>) |

## ORDER DIRECTING TREATMENT OF NEW FILINGS

This matter is before the Court on its responsibility to deter repetitious and frivolous filings and to comply with orders of this Court and the United States Court of Appeals for the Seventh Circuit. The undersigned, as Chief Judge of this Court, has considered the matter of *pro se* litigant Carolyn Wendy Herz's future attempted filings in this Court, in light of filing restrictions imposed by this Court and the Seventh Circuit.

On August 30, 2011, the United States Court of Appeals for the Seventh Circuit issued an order requiring all courts within the circuit to return unfiled all papers from Carolyn Wendy Herz (formerly known as Carolyn Srivastava) until she pays a monetary fine. *Srivastava v. Zoeller*, No. 11-2817 (7th Cir. Aug. 30, 2011). This court has also sanctioned Ms. Herz, preventing her from filing. An amended injunction was issued in Case No. 1:04-mc-104-SEB-DML on July 29, 2011, and was extended as recently as May 22, 2014. *See In re: Srivastava*, 2011 U.S. Dist. LEXIS 84121 (S.D. Ind. July 29, 2011); *In re: Carolyn Wendy Herz f/k/a Carolyn Srivastava*, 1:04-mc-104 (S.D. Ind. July 3, 2013) (enjoining Ms. Herz from filing or continuing to litigate any claim in any court of any jurisdiction that targets the defendants in any of her prior cases or claims until eight months beyond certain reports are filed with the court).

To date, Ms. Herz has not satisfied her obligations under any of the restriction orders. Yet, she still files papers in this court—often indirectly—by the common tactic used by frivolous litigants of filing lawsuits in state court in an attempt to circumvent a filing restriction elsewhere.

*See Tidwell v. Siddiqui*, No. 20-CV-01064-SPM, 2020 WL 7388468, at *2 (S.D. Ill. Dec. 16, 2020).

The Court now finds it appropriate to direct a uniform method for treatment of future direct and indirect attempted filings by Ms. Herz. Because the Court accepts case filings through numerous mechanisms (mail, email, drop box, and in person) and because mailing Ms. Herz's submissions back to her would further burden court resources and undermine the purpose of the Seventh Circuit's order, the Court now ORDERS as follows:

1. The Clerk shall open a miscellaneous case with the general title "In re Carolyn Wendy Herz." A copy of this Order shall be docketed in the miscellaneous case.

2. Whenever Ms. Herz, whether using that name or some other name, proffers a new document for filing, the Clerk or his designated deputy shall accept the papers, stamp them "received" (rather than "filed") and docket them as a "submission" in the miscellaneous case. The public docketing of the submission shall be deemed its "return" to Ms. Herz.

3. In an action removed from state court, the United States Attorney shall not file a removal action in this Court. Rather, the United States Attorney shall file all documents in the instant case as "submissions" with a short description of the documents.

4. This requirement shall not apply to filings in a criminal prosecution in which Ms. Herz represents herself as a defendant and actions for habeas corpus.

5. This Order may be modified as the requirements of equity may demand.

Nothing in this Order shall be construed to restrict in any way the powers of a Judge under the Local Rules or the Federal Rules of Civil Procedure, or a Judge's inherent power to manage litigation before him or her.

The Clerk is directed to add Shelese Woods, Assistant United States Attorney, as an interested party to this case.

**SO ORDERED.**

Date: 5/30/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution by U.S. Mail to:

Carolyn Wendy Herz
3105 Lehigh Court
Indianapolis, IN 46268-1320

Shelese Woods
UNITED STATES ATTORNEY OFFICE
Shelese.Woods@usdoj.gov